**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER CONSTRUCTION, LLC** | § | |
| | § | |
| | § | |
| *Petitioner/Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 3:25-cv-00517-X** |
| | § | |
| | § | |
| **MASRAM MECHANICAL, LP** | § | |
| | § | |
| *Respondent/Defendant.* | § | |
| | § | |
| | § | |

**ORDER GRANTING MOTION FOR NO-ANSWER DEFAULT JUDGMENT AND**
**ENTRY OF FINAL JUDGMENT**

CAME ON this day for consideration Plaintiff Carter & Carter Construction, LLC's ("Carter" or "Plaintiff") *Motion for Default Judgment* (the "Motion"). After reviewing Carter's Motion on file with the Court, the pleadings, papers, and evidence on file with the Court, the Court finds Plaintiff's Motion well-taken and makes the following rulings:

The Court finds that Defendant MasRam Mechanical, LP ("MasRam" or "Defendant"), although having been duly and legally cited to appear and answer, has failed to appear and answer herein and has wholly made default.

The Court further finds that the citation was served upon Defendant according to law and returned to the Clerk where it remained on file for the time prescribed by law. The Court has

examined the pleadings on file and finds that Plaintiff's allegations have been properly pled with fair notice and are deemed admitted as matter of law; therefore, Defendant's liability as to all causes of action pleaded is conclusively established.

The Court further finds that Plaintiff's damages alleged in its *Petition to Confirm Arbitration Award* are liquidated, have been admitted, and, upon good and sufficient evidence presented to the Court, conclusively establish that Defendant is indebted to Plaintiff in the principal sum of $32,143.00 after applying all lawful credits and offsets.

The Court further finds that Plaintiff should be awarded prejudgment interest in the amount of $14,219.70.

The Court further finds that Defendant should reimburse Plaintiff's arbitration costs in the amount of $28,774.75.

The Court furthermore finds that Plaintiff should have and recover its reasonable and necessary attorneys' fees, which the Court finds to be One Hundred Fifty Thousand Dollars and No/100 ($150,000.00).

Finally, the Court finds that Plaintiff shall recover post-judgment interest in the amount of 7.75% per annum, which shall accrue on all sums beginning as of February 15, 2025.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant MasRam is liable to Plaintiff per the Confirmed Arbitration Award. Plaintiff is hereby GRANTED FINAL JUDGMENT on all said causes of action.

**IT IS FURTHER ORDERED** that Plaintiff Carter & Carter Construction, LLC's Motion is GRANTED in its entirety and that Plaintiff shall have and recover from Defendant a default judgment as follows:

      (a)    C&C is awarded $32,143.00 against MasRam;

**ORDER GRANTING NO-ANSWER DEFAULT JUDGMENT**
**AND ENTRY OF FINAL JUDGMENT**               **Page - 2**

(b)    C&C is awarded prejudgment interest at the rate of 7.75% which is $14,219.70;

(c)    C&C is awarded reasonable attorneys' fees and out-of-pocket costs in the amount of $150,000.00;

(d)    The administrative fees and expenses of the AAA, totaling $18,700.00, and the compensation and expenses of the Arbitrator, totaling $35,149.50, shall be borne by MasRam.  Therefore, MasRam shall reimburse C&C the sum of $28,774.75, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by C&C, upon demonstration by C&C that these incurred costs have been paid;

(e)    Post-award interest of 7.75% per annum shall accrue on all sums;

(f)    Such other and further relief, general and special, at law or in equity, to which Plaintiff Carter may be justly entitled.

THIS IS A FINAL JUDGMENT that disposes of all parties and all claims and is appealable. SIGNED ON this _____ day of _____, 2025.

_____
JUDGE PRESIDING