

Abigail E. Chacon
Principal
DIRECT **512-615-1152**
MAIN **817-635-3600**
EMAIL: AChacon@cokinoslaw.com

July 29, 2025

Clerk of Court
United States District Court
Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

      Re:    Request for Clerk's Entry of Default
              Case No. 3:25-cv-00517-X
              Plaintiff: Carter & Carter Construction, LLC
              Defendant: MasRam Mechanical, LP

Dear Clerk:

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.3, Plaintiff respectfully requests that the Clerk enter default against Defendant MasRam Mechanical, LP for failure to plead or otherwise defend as required by law.

As outlined in the attached affidavit, service of the summons and complaint was properly effected on Defendant on May 2, 2025, and the time for Defendant to answer or otherwise respond has expired. Defendant has filed no answer or other responsive pleading.

    Enclosed are:
    • Affidavit in Support of Entry of Default
    • Proposed Clerk's Entry of Default

Please enter default against Defendant MasRam Mechanical, LP in this matter.

Respectfully submitted,

                        Sincerely,

                        */s/ Abigail E. Chacon*
                        Abigail E. Chacon
                        Attorney for Plaintiff,
                        Carter & Carter Construction, LLC

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER CONSTRUCTION, LLC** | § § § § | |
| *Petitioner/Plaintiff,* | § | |
| v. | § | **Case No. 3:25-cv-00517-X** |
| | § § § | |
| **MASRAM MECHANICAL, LP** | § § | |
| *Respondent/Defendant.* | § § § | |

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT**

I hereby certify that I am the attorney of record for the Plaintiff in the above-captioned case, and that Defendant MasRam Mechanical, LP was served with the summons and complaint by personal service on Reyna Gonzalez, Registered Agent of MasRam Mechanical, LP, on May 2, 2025, at 10:01 a.m.

I further certify that the Defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the Defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said Defendant. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 29, 2025

Abigail E. Chacon
Bar No. 24105029
Cokinos | Young
One Galleria Tower,
13355 Noel Rd., Suite 1375,
Dallas, TX  75240

SWORN TO AND SUBSCRIBED before me on this _____ day of _July_ , 2025.

KATHLEEN KNUTH
Notary Public, State of Texas
Comm. Expires 03-07-2026
Notary ID 7426555

Notary Public, State of Texas

My commission expires:_____ 03- 07- 2026

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER CONSTRUCTION, LLC** | § § § | |
| *Petitioner/Plaintiff,* | § § | |
| v. | § § | **Case No. 3:25-cv-00517-X** |
| | § § | |
| **MASRAM MECHANICAL, LP** | § § | |
| *Respondent/Defendant.* | § § § | |

## <u>CLERK'S ENTRY OF DEFAULT</u>

It appears from the record that Defendant MasRam Mechanical, LP was duly served with the summons and complaint on May 2, 2025, and has failed to plead or otherwise defend as required by law. Default is hereby entered against Defendant MasRam Mechanical, LP pursuant to Fed. R. Civ. P. 55(a).

Dated: _____

_____

Clerk of the Court