**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER**<br>**CONSTRUCTION, LLC**<br><br>  *Petitioner/Plaintiff,*<br>v.<br><br><br>**MASRAM MECHANICAL, LP**<br><br>  *Respondent/Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:25-cv-00517-X** |

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT**

I hereby certify that I am the attorney of record for the Plaintiff in the above-captioned case, and that Defendant MasRam Mechanical, LP was served with the summons and complaint by personal service on Reyna Gonzalez, Registered Agent of MasRam Mechanical, LP, on May 2, 2025, at 10:01 a.m.

I further certify that the Defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the Defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said Defendant. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 29, 2025

Abigail E. Chacon
Bar No. 24105029
Cokinos | Young
One Galleria Tower,
13355 Noel Rd., Suite 1375,
Dallas, TX  75240

SWORN TO AND SUBSCRIBED before me on this 29th day of July , 2025.

KATHLEEN KNUTH
Notary Public, State of Texas
Comm. Expires 03-07-2026
Notary ID 7426555

Notary Public, State of Texas

My commission expires: 03-07-2026