**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER**<br>**CONSTRUCTION, LLC** | § <br> § <br> § | |
| *Petitioner/Plaintiff,* | § <br> § | |
| **v.** | § <br> § | **Case No. 3:25-cv-00517-X** |
| | § <br> § | |
| **MASRAM MECHANICAL, LP** | § <br> § | |
| *Respondent/Defendant.* | § <br> § <br> § | |

## CLERK'S ENTRY OF DEFAULT

It appears from the record that Defendant MasRam Mechanical, LP was duly served with the summons and complaint on May 2, 2025, and has failed to plead or otherwise defend as required by law. Default is hereby entered against Defendant MasRam Mechanical, LP pursuant to Fed. R. Civ. P. 55(a).

Dated: _____

_____
Clerk of the Court