**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CARTER & CARTER CONSTRUCTION, LLC** | § § § | |
| *Petitioner/Plaintiff,* | § | |
| v. | § | **Case No. 3:25-cv-00517-X** |
| | § § | |
| **MASRAM MECHANICAL, LP** | § § | |
| *Respondent/Defendant.* | § § | |

## CLERK'S ENTRY OF DEFAULT

It appears from the record that Defendant MasRam Mechanical, LP was duly served with the summons and complaint on May 2, 2025, and has failed to plead or otherwise defend as required by law. Default is hereby entered against Defendant MasRam Mechanical, LP pursuant to Fed. R. Civ. P. 55(a).

Dated: 7/30/2025

*s/Yolanda Pace*
Clerk of the Court