IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARTER & CARTER CONSTRUCTION LLC, § § § *Plaintiff*, § § v. § MASRAM MECHANICAL LP, § § *Defendant*. § | Civil Action No. 3:25-cv-517-X |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 15). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 5th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE